United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Associated Energy Group, LLC, Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 23-21036-Civ-Scola ) |
| Ukraine International Airlines PJSC, Defendant. | ) ) ) |

### Order Adopting Magistrate Judge's Report & Recommendations

This case was referred to United States Magistrate Judge Jonathan Goodman for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On March 14, 2024, Judge Goodman issued a report, recommending that the Court deny the Plaintiff's motion for default judgment. (Report of Magistrate, ECF No. 23.) Neither the Plaintiff nor the Defendant have filed objections to the report, and the time to do so has passed.

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Goodman's report and recommendation (**ECF No. 23**). The Court therefore **denies** the Plaintiff's motion for default judgment (**ECF No. 21**) and dismisses the complaint (ECF No. 1) for failure to sufficiently plead subject matter jurisdiction. However, the denial is *without prejudice* so that the Plaintiff may file an amended complaint (which it has already done) and file a renewed motion for default judgment at the appropriate time.

**Done and ordered**, at Miami, Florida, on April 8, 2024.

_____
Robert N. Scola, Jr.
United States District Judge