United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Associated Energy Group, LLC, <br> Plaintiff, <br><br> v. <br><br> Ukraine International Airlines PJSC, <br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 23-21036-Civ-Scola <br> ) <br> ) <br> ) <br> ) |

### Order Adopting Magistrate Judge's Report And Recommendation

Pursuant to Federal Rule of Civil Procedure 55(b)(1), Plaintiff Associated Energy Group, LLC filed a renewed motion for final default judgment against Defendant Ukraine International Airlines PJSC. (ECF No. 29.) The motion was referred to Magistrate Judge Jonathan Goodman for a report and recommendations, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules. (ECF No. 30.)

On August 2, 2024, Judge Goodman issued a report, recommending that the Court grant Plaintiff's motion. (Rep. & Rec. 1, ECF No. 31.) Judge Goodman recommends that the Defendant be awarded $636,154.47 ($572,934.98 in damages and $63,219.49 in pre-judgment interest) plus any fees and costs the Court deems reasonable. (*Id.* at 22.) Judge Goodman also recommends that the Court should reserve jurisdiction to address any future request for fees and costs the Plaintiff may have. (*Id.* at 22.)

No objections to the report and recommendations were filed. A district court judge must conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. Where no objections are made, a report may be adopted in full without conducting a de novo review, provided no plain error exists. *See id.*; *Menendez v. Naples Cmty. Hosp. Inc.*, No. 2:20-CV-898-SPC-MRM, 2021 U.S. Dist. LEXIS 215317, 2021 WL 5178496, at *1 (M.D. Fla. Nov. 8, 2021) (collecting cases).

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendations cogent and compelling. The Court **affirms and adopts** Judge Goodman's report and recommendations. (**ECF No. 31**.) The Court **grants** Plaintiffs renewed motion for default judgment. (**ECF No. 29**.)

Accordingly, the Court **enters judgment** in favor of the Plaintiff and against the Defendant for $636,154.47. The Court shall retain jurisdiction to address Plaintiff's future requests for fees and costs in this action.

The Court directs the Clerk to **close** this case. Any pending motions are denied as moot.

**Done and ordered** in Miami, Florida, on August 19, 2024.

_____
Robert N. Scola, Jr.
United States District Judge